WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
and
MARK S. BOSCO
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone (602) 255-6000

Wells Fargo Bank, N.A.
09-75816/0066025917

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK-S-09-24394-lbr |
| Frankie J. Davis | Chapter 13 |
| Debtor. | Date: October 22, 2009<br>Time: 1:30 p.m. |

### AMENDED OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

Wells Fargo Bank, N.A., Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objection to that certain Chapter 13 Plan proposed by the Debtor:

This objecting secured creditor holds the first Deed of Trust on the subject property generally described as 2113 Barhill Avenue, North Las Vegas, NV 89130. As of November 9, 2009, the amount in default was actually $29,307.94, pursuant to the proof of claim filed on August 19, 2009. The Debtors' Chapter 13 Plan lists the arrearage owing to Secured Creditor as $00.00. Secured creditor requests that the

arrearages as set forth in the Proof of Claim be filed through the Plan. A copy of the Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate of the Objections specified above in order to be feasible and to provide adequate protection to this Secured Creditor.

It is respectfully requested that Confirmation of the Chapter 13 Plan as proposed by the Debtor be denied.

WHEREFORE. Secured Creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;
2. For attorney's fees and costs incurred herein;
3. For such other and further relief as this Court deems just and proper.

DATED this 9 day of Nov, 2009.

WILDE & ASSOCIATES

By_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, NV 89107

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

and

MARK S. BOSCO
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone (602) 255-6000

Wells Fargo Bank, N.A.
09-75816/0066025917

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK-S-09-24394-lbr |
| Frankie J. Davis | Chapter 13 |
| Debtors. | Date: : October 22, 2009<br>Time: 1:30 p.m. |

### CERTIFICATE OF MAILING OF OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

1.  On ___11/9/2009___ I served the following documents(s):

    OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

2.  I served the above-named document(s) by the following means to the persons as listed below:

X  **a. ECF System**

    David Krieger
    1020 Garces, Suite 100.
    Las Vegas, NV 89101
    Attorney for Debtor

    Kathleen A Leavitt
    201 Las Vegas Blvd., So. #200
    Las Vegas, NV  89101
    Trustee

X  **b. United States mail, postage fully prepaid:**

    Frankie J. Davis
    2113 Barhill Ave.
    North Las Vegas, NV  89084
    Debtor

☐  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

    ☐   1.   For a party represented by an attorney. delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

    ☐   2.   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐  **d. By direct mail (as opposed to through the ECF System)**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : _____11/9/2009_____

_____*/miller*_____