

Entered on Docket
March 08, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-75816

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-24394-lbr |
| Frankie J. Davis | Date: 2/17/10<br>Time: 10:30am |
| | Chapter 13 |
| Debtor | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 2113 Barhill Avenue, North Las Vegas, NV 89084, and legally described as follows:

> Parcel I:
> Lot 100 of Aliante Parcels 30A and 30B, as shown by map thereof on file in Book 120 of Plats, Page 58, In the Office of the County Recorder of Clark County, Nevada and amended by Certificate of Amendment recorded April 15, 2005 in Book 20050415 as Document No. 0003710 and amended by Certificate of Amendment recorded October 3, 2005 In Book 20051003 as Document No. 03814
>
> Parcel II:
> An easement for Ingress and egress over private streets and common areas as shown and delineated on said map.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

//
//
//
//
//
//
//
//
//
//
//

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor must record
2  a new Notice of Default prior to proceeding with Foreclosure.
3  DATED this _____ day of _____, 2010.
4  Submitted by:
   **WILDE & ASSOCIATES**
5
6  By: /s/ *signature* #10235
   **Gregory L. Wilde, Esq.**
7  Attorney for Secured Creditor
   208 South Jones Boulevard
8  Las Vegas, Nevada 89107

9  APPROVED / DISAPPROVED
   By:_____
10 David Krieger
11 1020 Garces Ave.
   Las Vegas, NV 89101
12 Attorney for Debtor(s)

13 Nevada Bar No:_____

14 APPROVED / DISAPPROVED
15 By:_____
16 Kathleen A Leavitt
   201 Las Vegas Blvd., So. #200
17 Las Vegas, NV 89101
   Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
    \_\_\_\_\_ The court waived the requirements of LR 9021.
    \_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
    \_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
    \_\_x\_\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
    \_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order
    \_\_\_\_\_ waived the right to review the order and/or    \_\_x\_\_ failed to respond to the document
    \_\_\_\_\_ appeared at the hearing, waived the right to review the order
    \_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    \_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order
    \_\_\_\_\_ waived the right to review the order and/or    \_\_x\_\_ failed to respond to the document

    \_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
    \_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order
    \_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document
    \_\_\_\_\_ appeared at the hearing, waived the right to review the order
    \_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    \_\_\_\_\_ approved the form of this order    \_\_\_\_\_ disapproved the form of this order
    \_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

    \_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor